# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANDRE BUTLER,                              Civil Action No. 05-40216

          Plaintiff(s),            District Judge Paul V. Gadola
v.                                         Magistrate Judge Virginia M. Morgan

SIMON SAENZ,

          Defendant(s).
_____/

## ORDER RENDERING PLAINTIFF'S MOTION TO COMPEL WITHDRAWN

This matter is before the Court on the above-titled motion. On **January 30, 2006**, counsel for the moving party advised the Court that the motion had been resolved by the parties. Therefore, Plaintiff's Motion to Compel Answers to Interrogatories, Request for Production of Documents or in the Alterative, Sanctions for Failure to Comply with Court Order is deemed WITHDRAWN.

    **SO ORDERED**.


Dated: January 30, 2006            s/ Virginia M. Morgan
                                   VIRGINIA M. MORGAN
                                   UNITED STATES MAGISTRATE JUDGE


**Copies sent by U.S. mail or electronic means this date to:**

Lauren M. Donofrio, Timothy Groustra, Robert M. Raitt and Albert Addis